# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUL MOHAMED OSMAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JEH JOHNSON, Secretary Department of Homeland Security; LORI SCIALABBA, Acting Director, U.S. Citizenship and Immigration Services; and SUSAN CURDA, District Director, San Diego District, U.S. Citizenship and Immigration Services,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 14-cv-1295 JM (RBB)<br><br>ORDER STAYING ACTION AND REMANDING TO THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES FOR ADJUDICATION OF PLAINTIFF'S NATURALIZATION APPLICATION |

On June 30, 2014, the parties filed a joint motion to have this matter remanded to U.S. Citizenship and Immigration Services ("USCIS") for action to be taken on Plaintiff's pending naturalization application. In light of the parties' joint request, this court stays the present action until further order of the court and remands the matter to USCIS for action to be taken on the pending application within 30 days of this order. Should Plaintiff's application not be acted upon within the 30-day period, Plaintiff may, *ex parte*, petition the court to lift the stay and proceed on the present complaint. In such case, Plaintiff may, if she so desires, file an amended complaint or petition.

　　IT IS SO ORDERED.

DATED: July 18, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　United States District Judge